**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**Eastern Division DIVISION**

In re: GONZALEZ, CIRILO § Case No. 15-33466HSP
       GONZALEZ, HERLINDA §
                          §
                          §
              Debtor(s)

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Deborah Ebner, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

   Clerk, US Bankruptcy Court
   219 S. Dearborn St.
   Chicago, IL 60604

   Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 07/05/2016 in Courtroom 644, United States Courthouse Courthouse, 219 S. Dearborn St., Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date: 06/07/2016                          By: /s/ /s/ Deborah K. Ebner
                                                                 Trustee

Deborah Ebner
11 East Adams Street
Suite 904
Chicago, IL 60603
(312) 922-3838

**UST Form 101-7-NFR (10/1/2010)**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division DIVISION

In re: GONZALEZ, CIRILO § Case No. 15-33466HSP
GONZALEZ, HERLINDA §
§
§
Debtor(s)

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| *The Final Report shows receipts of :* | $ 10,000.00 |
| *and approved disbursements of:* | $ 206.58 |
| *leaving a balance on hand of[1] :* | $ 9,793.42 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 9,793.42

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee, Fees - Deborah Ebner | 1,750.00 | 0.00 | 1,750.00 |
| Trustee, Expenses - Deborah Ebner | 93.16 | 0.00 | 93.16 |
| Attorney for Trustee Fees - Law Office of Deborah Kanner Ebner | 1,895.50 | 0.00 | 1,895.50 |
| Charges, U.S. Bankruptcy Court | 176.00 | 0.00 | 176.00 |
| Chapter 7 Operating Case Expenses - Illinois Dept. of Revenue | 167.00 | 167.00 | 0.00 |
| Accountant for Trustee Fees (Other Firm) - LOIS WEST | 841.50 | 0.00 | 841.50 |

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

| | | |
|---|---:|---:|
| Total to be paid for chapter 7 administrative expenses: | $ | 4,756.16 |
| Remaining balance: | $ | 5,037.26 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---:|---:|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 5,037.26 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---:|---:|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 5,037.26 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---:|---:|
| Total to be paid for timely general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 5,037.26 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $22,273.91 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 22.6 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | BMO Harris Bank N.A. | 22,273.91 | 0.00 | 5,037.26 |

Total to be paid for tardily filed general unsecured claims: $ 5,037.26
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared by: /s/ /s/ Deborah K. Ebner
Trustee

Deborah Ebner
11 East Adams Street
Suite 904
Chicago, IL 60603
(312) 922-3838

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:  
Cirilo Gonzalez  
Herlinda Gonzalez  
    Debtors

Case No. 15-33466-PSH  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0752-1     User: froman     Page 1 of 1     Date Rcvd: Jun 08, 2016  
                    Form ID: pdf006     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 10, 2016.
```
db/jdb         Cirilo Gonzalez,   Herlinda Gonzalez,   5942 S Karlov Ave,   Chicago, IL  60629-4913
24482612      +BMO Harris Bank N.A.,   PO Box 2035,   Milwaukee, WI 53201-2035
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 10, 2016                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 7, 2016 at the address(es) listed below:
```
          David  Hernandez    on behalf of Debtor 2 Herlinda  Gonzalez david@rehablaw.com,
           G7699@notify.cincompass.com;fileabankruptcy@gmail.com
          David  Hernandez    on behalf of Debtor 1 Cirilo  Gonzalez david@rehablaw.com,
           G7699@notify.cincompass.com;fileabankruptcy@gmail.com
          Deborah  Kanner Ebner    on behalf of Trustee Deborah  Kanner Ebner dkebner@debnertrustee.com,
           IL53@ecfcbis.com;webmaster@debnertrustee.com;DKEbner@debnertrustee.com;beckys@deborahebnerlaw.com
           ;admin.assistant@debnertrustee.com
          Deborah  Kanner Ebner    on behalf of Accountant Louis  West dkebner@debnertrustee.com,
           IL53@ecfcbis.com;webmaster@debnertrustee.com;DKEbner@debnertrustee.com;beckys@deborahebnerlaw.com
           ;admin.assistant@debnertrustee.com
          Deborah  Kanner Ebner    dkebner@debnertrustee.com,
           IL53@ecfcbis.com;webmaster@debnertrustee.com;DKEbner@debnertrustee.com;beckys@deborahebnerlaw.com
           ;admin.assistant@debnertrustee.com
          Deborah K Ebner    on behalf of Trustee Deborah  Kanner Ebner dkebner@deborahebnerlaw.com,
           sbutz@deborahebnerlaw.com;webmaster@debnertrustee.com;lizd@deborahebnerlaw.com
          Heather M Giannino    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New
           York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2005-20CB...
           bankruptcy@hsbattys.com,   bankruptcy@hsbattys.com
          Heather M Giannino    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New
           York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2005-20CB,
           Mortgage Pass-Through Certificates, Series 2005-20CB bankruptcy@hsbattys.com,
           bankruptcy@hsbattys.com
          Joel P Fonferko    on behalf of Creditor    WELLS FARGO BANK, N.A. ND-One@il.cslegal.com
          Monette W Cope    on behalf of Creditor    BMO Harris Bank NA ecfnil@weltman.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Peter C Bastianen    on behalf of Creditor    WELLS FARGO BANK, N.A. ND-Four@il.cslegal.com
                                                                                             TOTAL: 12
```