**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**Eastern Division DIVISION**

In re: GONZALEZ, CIRILO § Case No. 15-33466-HSP
GONZALEZ, HERLINDA §
§
§
Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Deborah Ebner, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $196,268.89 | Assets Exempt: | $40,858.62 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $5,037.26 | Claims Discharged Without Payment: | $5,737.71 |
| Total Expenses of Administration: | $4,962.74 | | |

3) Total gross receipts of $10,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $10,000.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR ( 10 /1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $4,962.74 | $4,962.74 | $4,962.74 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $32,607.00 | $30,947.88 | $8,673.97 | $5,037.26 |
| **TOTAL DISBURSEMENTS** | $32,607.00 | $35,910.62 | $13,636.71 | $10,000.00 |

4) This case was originally filed under chapter 7 on 09/30/2015. The case was pending for 10 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/01/2016    By: /s/ Deborah Ebner
                         Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO
FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 5303 Hibbs Drive, Fort Worth TX | 1110-000 | $10,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$10,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | | None | |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Deborah Ebner | 2100-000 | NA | $1,750.00 | $1,750.00 | $1,750.00 |
| Trustee, Expenses - Deborah Ebner | 2200-000 | NA | $93.16 | $93.16 | $93.16 |
| Attorney for Trustee Fees - Law Office of Deborah Kanner Ebner | 3110-000 | NA | $1,895.50 | $1,895.50 | $1,895.50 |
| Charges, U.S. Bankruptcy Court | 2700-000 | NA | $176.00 | $176.00 | $176.00 |
| Rabobank, N.A. | 2600-000 | NA | $39.58 | $39.58 | $39.58 |
| Illinois Dept. of Revenue | 2690-000 | NA | $167.00 | $167.00 | $167.00 |
| LOIS WEST | 3410-000 | NA | $841.50 | $841.50 | $841.50 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $4,962.74 | $4,962.74 | $4,962.74 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1-2 | BMO Harris Bank N.A. | 7200-000 | $7,564.00 | $8,673.97 | $8,673.97 | $5,037.26 |
| 1 | BMO Harris Bank N.A. | 7200-000 | $22,942.00 | $22,273.91 | $0.00 | $0.00 |
| N/F | Chase | 7100-000 | $1,200.00 | NA | NA | NA |
| N/F | Kohls/capone | 7100-000 | $218.00 | NA | NA | NA |
| N/F | Oak Park Dental Group, P.C. | 7100-000 | $311.00 | NA | NA | NA |
| N/F | Peoples Engy | 7100-000 | $238.00 | NA | NA | NA |
| N/F | Syncb/Old Navy | 7100-000 | $50.00 | NA | NA | NA |
| N/F | University of Illinois at Chicago Physic | 7100-000 | $84.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$32,607.00** | **$30,947.88** | **$8,673.97** | **$5,037.26** |

UST Form 101-7-TDR ( 10 /1/2010)

Exhibit 8

## Form 1

### Individual Estate Property Record and Report

### Asset Cases

Page: 1

| Case No.: | 15-33466HSP | Trustee Name: | (330480) Deborah Ebner |
|---|---|---|---|
| Case Name: | GONZALEZ, CIRILO | Date Filed (f) or Converted (c): | 09/30/2015 (f) |
|  | GONZALEZ, HERLINDA | § 341(a) Meeting Date: | 11/19/2015 |
| For Period Ending: | 08/01/2016 | Claims Bar Date: | 04/07/2016 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1* | 5303 Hibbs Drive, Fort Worth TX<br>Pursuant to Order approving sale of right title and interest in Texas real estate (See Footnote) | 180,000.00 | 26,879.85 | | 10,000.00 | FA |
| 2 | 5942 S. Karlov Avenue, Chicago, IL | 171,400.00 | 0.00 | | 0.00 | FA |
| 3 | BANK ACCOUNTS | 10.27 | 10.27 | | 0.00 | FA |
| 4 | BANK ACCOUNTS - Bank of America | 728.46 | 0.00 | | 0.00 | FA |
| 5 | BANK ACCOUNTS - BMO Harris Checking | 381.87 | 0.00 | | 0.00 | FA |
| 6 | BANK ACCOUNTS - Credit Union Savings | 455.29 | 0.00 | | 0.00 | FA |
| 7 | 2005 Toyota RAV 4 | 4,000.00 | 0.00 | | 0.00 | FA |
| 8 | 2006 Nissan Frontier | 5,293.00 | 0.00 | | 0.00 | FA |
| 9 | 2013 Dodge Caravan | 14,000.00 | 0.00 | | 0.00 | FA |
| 9 | Assets     Totals     (Excluding unknown values) | $376,268.89 | $26,890.12 | | $10,000.00 | $0.00 |

RE PROP# 1    Receipt of sale proceeds purchasing sale of right title and interest in Debtor's Texas real estate

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 2

| | |
|---|---|
| **Case No.:** 15-33466HSP | **Trustee Name:** (330480) Deborah Ebner |
| **Case Name:** GONZALEZ, CIRILO<br>GONZALEZ, HERLINDA | **Date Filed (f) or Converted (c):** 09/30/2015 (f) |
| | **§ 341(a) Meeting Date:** 11/19/2015 |
| **For Period Ending:** 08/01/2016 | **Claims Bar Date:** 04/07/2016 |

**Major Activities Affecting Case Closing:**

August 1, 2016 TDR prepared;

**Initial Projected Date Of Final Report (TFR):**            **Current Projected Date Of Final Report (TFR):**    05/06/2016 (Actual)

UST Form 101-7-TDR ( 10 /1/2010)

Exhibit 9

Page: 3

## Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 15-33466HSP | Trustee Name: | Deborah Ebner (330480) |
| --- | --- | --- | --- |
| Case Name: | GONZALEZ, CIRILO<br>GONZALEZ, HERLINDA | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***5517 | Account #: | ******5300 Checking |
| For Period Ending: | 08/01/2016 | Blanket Bond (per case limit): | $5,000,000.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 02/15/2016 | {1} | Attorney David Hernandez | Purchase of right title and interest in Texas Real Estate | 1110-000 | 10,000.00 |  | 10,000.00 |
| 03/01/2016 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 10.00 | 9,990.00 |
| 03/31/2016 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 15.76 | 9,974.24 |
| 04/08/2016 | 101 | Illinois Dept. of Revenue |  | 2690-000 |  | 167.00 | 9,807.24 |
| 04/29/2016 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 13.82 | 9,793.42 |
| 07/05/2016 | 102 | Deborah Ebner | Dividend paid 100.00% on $1,750.00 \| Claim # FEE \| Filed: $1,750.00 | 2100-000 |  | 1,750.00 | 8,043.42 |
| 07/05/2016 | 103 | Deborah Ebner | Dividend paid 100.00% on $93.16 \| Claim # TE \| Filed: $93.16 | 2200-000 |  | 93.16 | 7,950.26 |
| 07/05/2016 | 104 | LOIS WEST | Dividend paid 100.00% on $841.50 \| Filed: $841.50 | 3410-000 |  | 841.50 | 7,108.76 |
| 07/05/2016 | 105 | Law Office of Deborah Kanner Ebner | Dividend paid 100.00% on $1,895.50 \| Filed: $1,895.50 | 3110-000 |  | 1,895.50 | 5,213.26 |
| 07/05/2016 | 106 | Clerk of the United States Bankruptcy Court | Dividend paid 100.00% on $176.00 \| Filed: $176.00 | 2700-000 |  | 176.00 | 5,037.26 |

{} Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)                                    ! - transaction has not been cleared

Exhibit 9

Page: 4

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 15-33466HSP | Trustee Name: | Deborah Ebner (330480) |
|---|---|---|---|
| Case Name: | GONZALEZ, CIRILO<br>GONZALEZ, HERLINDA | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***5517 | Account #: | ******5300 Checking |
| For Period Ending: | 08/01/2016 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/05/2016 | 107 | BMO Harris Bank N.A. | Dividend paid 58.07% on $8,673.97 \| Claim # 1-2 \| Filed: $8,673.97 | 7200-000 | | 5,037.26 | 0.00 |
| | | | COLUMN TOTALS | | 10,000.00 | 10,000.00 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | | Subtotal | | 10,000.00 | 10,000.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $10,000.00 | $10,000.00 | |

{ } Asset Reference(s)          UST Form 101-7-TDR ( 10 /1/2010)                    ! - transaction has not been cleared

Exhibit 9

Page: 5

# Form 2

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 15-33466HSP | **Trustee Name:** | Deborah Ebner (330480) |
| **Case Name:** | GONZALEZ, CIRILO<br>GONZALEZ, HERLINDA | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***5517 | **Account #:** | ******5300 Checking |
| **For Period Ending:** | 08/01/2016 | **Blanket Bond (per case limit):** | $5,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******5300 Checking | $10,000.00 | $10,000.00 | $0.00 |
| | **$10,000.00** | **$10,000.00** | **$0.00** |

UST Form 101-7-TDR (10 /1/2010)